IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES E. AKINS                                                                         PLAINTIFF

v.                      CASE NO. 4:11CV00675-JMM

LITTLE ROCK SCHOOL DISTRICT                                DEFENDANT

## ORDER

On October 11, 2011, the Court granted Plaintiff's motion for appointment of counsel, *see* Doc. No. 3, and appointed attorney Franklin T. Spencer to represent Plaintiff, Doc. No. 11. On October 20, 2011, Mr. Spencer, indicating he had previously provided a requisite amount of *pro bono* legal services, filed a motion to withdraw as counsel. (Doc. No. 15) The Court granted the motion. Accordingly, the Court will now appoint new counsel to Plaintiff.

IT IS ORDERED that attorney Stephen L. Gershner, Post Office Box 1300, Little Rock, Arkansas, 72203-1300, telephone number (501) 374-9977, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff in all further proceedings.

THE CLERK IS DIRECTED to send counsel a copy of this Order and Local Rule 83.7. Counsel shall access the file from CM/ECF. If counsel is unable to obtain the file from CM/ECF, counsel should contact Mrs. LaShawn Coleman at (501) 604-5174, and a copy of the file, or any portion thereof, will be provided free of charge. Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days, otherwise the appointment will be effective.

IT IS SO ORDERED this 26th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE