IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES E. AKINS                                                                           PLAINTIFF

V.                                              4:11CV00675

LITTLE ROCK SCHOOL DISTRICT                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 19th day of October, 2012.

_____
James M. Moody
United States District Court